UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RASHEED AHMAD,<br><br>                              Plaintiff,<br><br>            -against-<br><br>CITY OF NEW YORK; METROPOLITAN TRANSPORTATION AUTHORITY; TRIBOROUGH BRIDGE AND TUNNEL AUTHORITY; OFFICER BRIAN HU,<br><br>                              Defendants. | 25-CV-6675 (ER)<br><br>ORDER OF SERVICE |

EDGARDO RAMOS, United States District Judge:

Plaintiff, who is appearing *pro se*, brings this action under 42 U.S.C. § 1983, alleging that Defendants violated his federal constitutional rights. He also asserts claims under state law. By order dated August 19, 2025, the Court granted Plaintiff's request to proceed *in forma pauperis* ("IFP"), that is, without prepayment of fees.

## DISCUSSION

Because Plaintiff has been granted permission to proceed IFP, he is entitled to rely on the Court and the U.S. Marshals Service to effect service.[1] *Walker v. Schult*, 717 F.3d. 119, 123 n.6 (2d Cir. 2013); *see also* 28 U.S.C. § 1915(d) ("The officers of the court shall issue and serve all process . . . in [IFP] cases."); Fed. R. Civ. P. 4(c)(3) (the court must order the Marshals Service to serve if the plaintiff is authorized to proceed IFP).

---

[1] Although Rule 4(m) of the Federal Rules of Civil Procedure generally requires that a summons be served within 90 days of the date the complaint is filed, Plaintiff is proceeding IFP and could not have effected service until the Court reviewed the complaint and ordered that any summonses be issued. The Court therefore extends the time to serve until 90 days after the date any summonses issue.

To allow Plaintiff to effect service on Defendants City of New York, Metropolitan Transportation Authority, Triborough Bridge and Tunnel Authority, and Office Brian Hu through the U.S. Marshals Service, the Clerk of Court is instructed to fill out a U.S. Marshals Service Process Receipt and Return form ("USM-285 form") for each of these defendants. The Clerk of Court is further instructed to issue summonses and deliver to the Marshals Service all the paperwork necessary for the Marshals Service to effect service upon these defendants.

If the complaint is not served within 90 days after the date summonses are issued, Plaintiff should request an extension of time for service. *See Meilleur v. Strong*, 682 F.3d 56, 63 (2d Cir. 2012) (holding that it is the plaintiff's responsibility to request an extension of time for service).

Plaintiff must notify the Court in writing if his address changes, and the Court may dismiss the action if Plaintiff fails to do so.

## CONCLUSION

The Clerk of Court is directed to issue summonses for Defendants City of New York, Metropolitan Transportation Authority, Triborough Bridge and Tunnel Authority, and Office Brian Hu, complete the USM-285 form with the address for each defendant, and deliver all documents necessary to effect service to the U.S. Marshals Service.

The Clerk of Court is also directed to mail an information package to Plaintiff.

SO ORDERED.

Dated:   August 21, 2025
         New York, New York

_____
EDGARDO RAMOS
United States District Judge

**SERVICE ADDRESS FOR EACH DEFENDANT**

1. The City of New York
   New York City Law Department
   100 Church Street
   New York, NY 10007

2. Metropolitan Transportation Authority
   Department of Law – Claims
   130 Livingston Street, 10th Floor
   Brooklyn, NY 11201

3. Triborough Bridge and Tunnel Authority
   2 Broadway
   New York, NY 10004

4. Office Brian Hu
   Triborough Bridge and Tunnel Authority
   2 Broadway
   New York, NY 10004