UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RASHEED AHMAD,

                Plaintiff,

– against –

CITY OF NEW YORK, METROPOLITAN TRANSPORTATION AUTHORITY, TRIBOROUGH BRIDGE AND TUNNEL AUTHORITY, and OFFICER BRIAN HU, *in his individual and official capacity*,

                Defendants.

**ORDER**

25-cv-06675 (ER)

RAMOS, D.J.:

    Rasheed Ahmad, who is *pro se*, brought this action against the City of New York, the Metropolitan Transportation Authority, the Triborough Bridge and Tunnel Authority, and Brian Hu (collectively "the Defendants") on August 11, 2025. Doc. 1. That same day, Mr. Ahmad also filed a motion for a preliminary and permanent injunction. Doc. 6.

    The City of New York filed its response in opposition to Ahmad's motion on October 17, 2025. Doc. 21. On November 4, 2025, the Metropolitan Transportation Authority, the Triborough Bridge and Tunnel Authority, and Brian Hu did the same. Doc. 25.

    If the plaintiff wishes to submit a consolidated reply to the Defendants' responses in opposition to the motion for a preliminary and permanent injunction, he is directed to do so by Monday, November 10, 2025.

Dated:   November 5, 2025
            New York, New York

                                              EDGARDO RAMOS, U.S.D.J.