UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RASHEED AHMAD,

                        Plaintiff,

        – against –

CITY OF NEW YORK,
METROPOLITAN TRANSPORTATION
AUTHORITY, TRIBOROUGH BRIDGE
AND TUNNEL AUTHORITY, *and*
OFFICER BRIAN HU, *in his individual
and official capacity*,

                        Defendants.

**ORDER**

25-cv-06675 (ER)

RAMOS, D.J.:

        Rasheed Ahmad, who is *pro se*, brought this action against the City of New York,

the Metropolitan Transportation Authority, the Triborough Bridge and Tunnel Authority,

and Brian Hu (collectively, "the Defendants") on August 11, 2025, alleging violations of

the United States Constitution, the New York Constitution, and New York common law.

Doc. 1. The Defendants requested a conference to discuss their anticipated motions to

dismiss the complaint on December 9, 2025. Docs. 29, 30. The Court scheduled a

conference for January 6, 2026. Doc. 31. The Defendants appeared for the conference;

Ahmad did not.

        The Defendants' requests to file motions to dismiss are granted. The Defendants

are directed to file their motions by **January 27, 2026**. Ahmad is directed to file his

opposition to the motions by **February 17, 2026**. The Defendants' replies are due

**February 24, 2026**.

        It is SO ORDERED.

Dated:    January 6, 2026
              New York, New York

                                                    _____
                                                    EDGARDO RAMOS, U.S.D.J.