UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RASHEED AHMAD,

               Plaintiff,

       – *against* –

CITY OF NEW YORK,
METROPOLITAN TRANSPORTATION
AUTHORITY, TRIBOROUGH BRIDGE
AND TUNNEL AUTHORITY, *and*
OFFICER BRIAN HU, *in his individual
and official capacity*,

               Defendants.

**ORDER**

25-cv-06675 (ER)

RAMOS, D.J.:

       Rasheed Ahmad, who is *pro se*, brought this action against the City of New York (the "City"), along with the Metropolitan Transportation Authority, the Triborough Bridge and Tunnel Authority, and Brian Hu (collectively, the "MTA Defendants") on August 11, 2025. Doc. 1. The City and the MTA Defendants separately moved to dismiss the complaint on January 27, 2026. Docs. 36, 39.

       After Ahmad failed to oppose the motions by the February 17, 2026, deadline, the City requested that the Court deem its motion unopposed and therefore fully briefed. Doc. 41. In response to the City's request, the Court directed Ahmad to file his opposition to the City's motion by March 11, 2026, and warned him that his failure to do so would result in the Court deeming the City's motion fully briefed. Doc. 42. Since then, Ahmad has not filed an opposition to the City's motion. The Court therefore deems the City's motion fully briefed.

       The Court also notes that Ahmad has not filed an opposition to MTA Defendants' motion to dismiss his complaint. Ahmad is directed to file his opposition to the MTA

Defendants' motion by April 27, 2026.  Failure to do so will result in the Court deeming the MTA Defendants' motion fully briefed.

It is SO ORDERED.

Dated:    April 13, 2026
          New York, New York

_____
EDGARDO RAMOS, U.S.D.J.

2