**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
RASHEED AHMAD,

Plaintiff,

-against-

25 **CIVIL** 6675 (ER)

# JUDGMENT

CITY OF NEW YORK, METROPOLITAN TRANSPORTATION AUTHORITY, TRIBOROUGH BRIDGE AND TUNNEL AUTHORITY, and OFFICER BRIAN HU, in his individual and official capacity,

Defendants.
----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated September 28, 2026, the City and the MTA Defendants' motions to dismiss Ahmad's federal claims pursuant to Rule 12(b)(6) are GRANTED with prejudice. Ahmad's double jeopardy claim is dismissed without prejudice. Because the Court has declined to assert supplemental jurisdiction over Ahmad's state law claims, these claims are dismissed without prejudice; accordingly, the case is closed.

**Dated:** New York, New York

September 30, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** K. Mango

**Deputy Clerk**